**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-1717

TERRY L. STEELE,

Plaintiff - Appellant,

v.

ANTONY BLINKEN, Secretary of the United States Department of State,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (1:24-cv-00981-LMB-IDD)

Submitted:  April 10, 2025                          Decided:  April 14, 2025

Before WILKINSON and RUSHING, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Terry L. Steele, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terry L. Steele appeals the district court's order dismissing with prejudice his civil complaint and denying all pending motions. The district court determined that Steele's complaint was nearly identical to previously dismissed complaints that Steele had filed. *See Steele v. Blinken*, No. 22-2178, 2024 WL 2815123, at *1 (4th Cir. June 3, 2024) (affirming dismissal of Steele's prior complaints). Limiting our review to the issues raised in Steele's informal brief, we have examined the record and discern no reversible error. *See* 4th Cir. R. 34(b); *Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's order. *Steele v. Blinken*, No. 1:24-cv-00981-LMB-IDD (E.D. Va. June 14, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*